UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| BETTYE JO WRAY-FEARS, ) | Case No. 14-15018-JNF |
| ) | |
| Debtor ) | |

**UNITED STATES TRUSTEE'S
MOTION TO EXTEND DEADLINES FOR
i) OBJECTING TO DEBTOR'S DISCHARGE UNDER
SECTION 727(a) AND ii) MOVING TO DISMISS DEBTOR'S
CHAPTER 7 CASE UNDER SECTION 707(b)(1) AND (3)
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 11 U.S.C. 307, 707(b)(1) and (3) and 727(a) and Fed. R. Bank. P. 1017(e) and 4004(b), the United States Trustee moves the Court to extend, **until April 3, 2015**, the deadlines for: i) objecting to the discharge of Bettye Jo Wray-Fears ("Debtor"); and ii) moving to dismiss the Debtor's chapter 7 case. In support, the United States Trustee says:

1. On October 28, 2014, the Debtor filed her voluntary chapter 7 petition ("Petition Date"). The Debtor's Official Form 22A indicates that the filing is presumed abusive. See D.E. #5.

2. The chapter 7 trustee conducted the first meeting of creditors on December 9, 2014. According to the docket, the deadline for objecting to the Debtor's discharge under 11 U.S.C. 727(a) (and, by extension, seeking to dismiss her chapter 7 case under 11 U.S.C. 707(b)) expires on February 2, 2015. Fed. R. Bankr. P. 1017(e) and 4004(b).

1

3. On January 13, 2015, the United States Trustee timely filed his Motion to Dismiss Case for Abuse Under 11 U.S.C. 707(b)(1), (2)(A) ("Motion"). The Court scheduled a hearing on the Motion for February 17, 2015.

4. On January 23, 2015, Debtor's counsel filed her Objection/Response to the United States Trustee's Motion. To date, the United States Trustee has not received the supplemental documents mentioned in the Debtor's Objection/Response.

5. The United States Trustee needs additional time to investigate whether grounds exist for objecting to the Debtor's discharge under 11 U.S.C. 727(a)[1] or moving to dismiss the Debtor's chapter 7 case under 11 U.S.C. 707(b)(1) and (3).[2]

6. This motion is without prejudice to the United States Trustee's seeking additional extensions, if warranted.

For these reasons, the United States Trustee requests that the Court enter orders: i) extending the deadlines for objecting to the Debtor's discharge under 11 U.S.C. 727(a) and/or moving to dismiss the Debtor's chapter 7 case under 11 U.S.C. 707(b), **until April 3, 2015**; and ii) granting him all such other and further legal and equitable relief to which he may be entitled.

/

/

---

[1] *See Grogan v. Garner*, 498 U.S. 279 (1991); *Boroff v. Tully (In re Tully)*, 818 F.2d 106 (1st Cir. 1987); *In re Lord*, 244 B.R. 196 (Bankr. D.N.H. 1999).

[2] *See First U.S.A. v. Lamanna (In re Lamanna)*, 153 F.3d 1 (1st Cir. 1998).

Respectfully submitted,

William K. Harrington
United States Trustee
Region One

Date: January 30, 2015						By:	*/s/ Paula R. C. Bachtell*
									Paula R. C. Bachtell, BBO# 564155
									United States Department of Justice
									Office of the U.S. Trustee
									J.W. McCormack Post Office & Courthouse
									5 Post Office Square, Suite 1000
									Boston, MA 02109-3934
									PHONE:	(617) 788-0406
									FAX:		(617) 565-6368
									**Paula.bachtell@usdoj.gov**

## CERTIFICATE OF SERVICE

  I certify that on January 30, 2015, true and correct copies of the foregoing motion were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the persons listed below.

           William H. Harrington
           United States Trustee
           Region One

    By:  */s/ Paula R. C. Bachtell*
        Paula R. C. Bachtell, BBO#564155
        United States Department of Justice
        Office of the U.S. Trustee
        J.W. McCormack Post Office & Courthouse
        5 Post Office Square, Suite 1000
        Boston, MA 02109-3934
        PHONE: (617) 788-0406
        FAX: (617) 565-6368
        **Paula.bachtell@usdoj.gov**

Danielle M. Hender, Esq.
Jordan L. Shapiro, Esq.
Shapiro & Hender
105 Salem St.
Malden, MA 02148
(Debtor's Counsel)

Gary W. Cruickshank, Esq.
21 Custom House Street, Suite 920
Boston, MA 02110
(Chapter 7 Trustee)

4